UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| HECTOR COLON,<br>Plaintiff<br><br>v.<br><br>KILOLO KIJAKAZI,<br>*Commissioner of Social Security*<br>Defendant | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CIVIL NO. 4:21-CV-0410<br><br><br>(ARBUCKLE, M.J.) |

ORDER

In accordance with the accompanying memorandum, it is ORDERED that:

(1) The final decision of the Commissioner is VACATED.

(2) This case is REMANDED to the Commissioner to fully develop the record and conduct a new administrative hearing pursuant to sentence four of 42 U.S.C. § 405(g).

(3) Final judgment will be issued in favor of Hector Colon by separate order.

(4) The Clerk of Court is DIRECTED to close this case.

Date: August 25, 2022                         BY THE COURT

                                              *s/William I. Arbuckle*
                                              William I. Arbuckle
                                              U.S. Magistrate Judge