AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Pennsylvania

| | |
|---|---|
| Hector Colon <br> *Plaintiff* <br> v. <br> Kilolo Kijakazi, Commissioner of Social Security <br> *Defendant* | ) <br> ) <br> ) Civil Action No. 4:21-CV-00410 <br> ) <br> ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other:  Final judgment is entered in favor of Plaintiff, Hector Colon, and against Kilolo Kijakazi, Commissioner of Social Security pursuant to Fed.R.Civ.P. 58.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  William I. Arbuckle  on a motion for
Pursuant to Memorandum Opinion and Order dated 8/25/2022 [ECF Docs. 29, 30].

Date:  8/25/2022

CLERK OF COURT

Peter Welsh, Clerk of Court
By:  *s/Christine A. Williamson*, Deputy Clerk
*Signature of Clerk or Deputy Clerk*